UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



UNITED STATES OF AMERICA
    Plaintiff

vs.                                                                                         CIVIL NO. 98-1681 (JP)

ONE 1956 CONVAIR 440 AIRCRAFT,
SERIAL NO. 353, TAIL NO. N912
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** September 13, 1999<br>Docket: #45<br>[x] **Plffs**    [x] **Defts**<br>**Title:** Joint Motion Requesting Extension of Time | **DENIED.** The parties refer to a July 15, 1999 motion requesting an extension of time which the Court granted in part and several settings were made. Now, the parties assert that Plaintiff has failed to produce several documents requested by Claimant and that the depositions of Jorge Toledo and Lisa Rosselló have not been taken. The Court takes exception to the parties' failure to inform the Court of Plaintiff's failure to produce the documents when requested and follow the Court's Further Initial Scheduling Conference Order (docket No. 36) in which the Court scheduled, with the agreement of the parties, the depositions of Ms. Rosselló and Mr. Toledo. These depositions were set for June 21, 1999 and the parties left the Court in the dark regarding the continuance and rescheduling of those depositions. In view of this situation and that the Court finds that extending discovery will affect the deadlines set, the motion at bar is hereby DENIED. |

Date:   September 17, 1999.

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:            EOD:

By:              # 46