RECEIVED & FILED

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO** 1999 NOV -5  AM 9: 12

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P R

UNITED STATES OF AMERICA
     Plaintiff

vs.                                                    CIVIL NO. 98-1681 (JP)

ONE 1956 CONVAIR 440 AIRCRAFT,
SERIAL NO. 353, TAIL NO. N912
     Defendants

## O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** October 28, 1999<br>Docket: #50<br>[X] **Plffs**      [] **Defts**<br>**Title:** Request for Extension of Time to Oppose Motion for Summary Judgment. | **GRANTED IN PART.** The United States shall file its opposition on or before **November 16, 1999.** |

Date: 11/4/99

JAIME PIERAS, JR.
**U.S. Senior District Judge**

| Rec'd: | EOD: |
|---|---|
| By: | # 51 |

3