UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 JAN -4 PM 3 18
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

UNITED STATES OF AMERICA
    Plaintiff

vs.

CIVIL NO. 98-1681 (JP)

ONE 1956 CONVAIR 440 AIRCRAFT,
SERIAL NO. 353, TAIL NO. N912
    Defendants

# ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** December 29, 1999<br>Docket: #60<br>[ ] Plffs    [X] Defts<br>**Title:** Motion Requesting Leave to Reply | **GRANTED IN PART.** Defendant shall file its reply on or before January 10, 2000. |

Date: 1/3/20

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:    EOD:

By:    #61