ENTERED ON DOCKET
2/17/00

PURSUANT TO FRCP RULES 58 & 79

RECEIVED & FILED
'00 FEB 17 PM 2 26
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff | * |
| v. | * CIVIL NO. 98-1681(JP) |
| ONE 1956 CONVAIR 440 AIRCRAFT, SERIAL NO. 353, TAIL NO. N912, | * |
| Defendant | * |

## FINAL JUDGMENT

Pursuant to the Opinion and Order entered on this day, the Court hereby **DISMISSES WITH PREJUDICE** the above-captioned Complaint. This Judgment is entered without the imposition of costs or attorneys' fees.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 16th day of February 2000.

JAIME PIERAS, JR.
U.S. DISTRICT JUDGE

AO 72A
(Rev.8/82)