RECEIVED & FILED
'00 MAR -2 AM 7:47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P R

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
    Plaintiff

vs.                                                    CIVIL NO. 98-1681 (JP)

ONE 1956 CONVAIR 440 AIRCRAFT,
SERIAL NO. 353, TAIL NO. N912
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** February 25, 2000<br>Docket: #66<br>[X] **Plffs**        [] **Defts**<br>**Title:** Motion for Certificate of Reasonable Cause | **GRANTED.** Upon the entry of judgment for the claimant in any proceeding to forfeit property under a federal statute, such property shall be returned to the claimant. If there appears to be reasonable cause for the seizure, the court shall cause a proper certificate thereof to be entered and the claimant shall not be entitled to costs and the persons who made the seizure nor the prosecutor shall be liable to suit or judgment on account of such suit or prosecution. See 28 U.S.C. 2465. In view that the Court has entered final judgment for the Claimant dismissing the above-captioned complaint with prejudice and previously had found there to be reasonable cause for the seizure of the in rem defendant, the Court hereby **ORDERS** the return of the in rem defendant to the claimant and hereby causes a certificate of reasonable cause to be entered. |

Date: 2/29/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:        EOD:

By:        # 67

3