## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
    Plaintiff

vs.

ONE 1956 CONVAIR 440 AIRCRAFT,
SERIAL NO. 353, TAIL NO. N912
    Defendants

RECEIVED & FILED

'00 MAR 21   PM 3: 51

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

CIVIL NO. 98-1681 (JP)

### O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** 3/6/00<br>Docket: #69<br>[] **Plffs** [X] **Defts**<br>**Title:** Motion for Return of Bond | **GRANTED.** The Clerk shall return to the claimant Dodita Air Cargo, Inc. Bond. No. 1306439800009. |

**Date:** 3/20/00

**JAIME PIERAS, JR.**
**U.S. Senior District Judge**

| Rec'd: | EOD: |
|---|---|
| **By:** | **#** 71 |