UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



UNITED STATES OF AMERICA
    Plaintiff

vs.

ONE 1956 CONVAIR 440 AIRCRAFT,
SERIAL NO. 353, TAIL NO. N912
    Defendants

CIVIL NO. 98-1681 (JP)

## AMENDED ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** 3/6/00<br>Docket: #69<br>[ ] **Plffs** [X] **Defts**<br>**Title:** Motion for Return of Bond | **GRANTED.** The United States Marshal shall return to the claimant Dodita Air Cargo, Inc. Bond. No. 1306439800009. Docket No. 71 is hereby **VACATED**. |

Date: 4/12/00

JAIME PIERAS, JR.
U.S. Senior District Judge

| Rec'd: | EOD: |
|---|---|
| By: | # 73 |